## Remppis *v.* Ettelt, Appellant.

Argued January 24, 1933.  Before FRAZER, C. J., KEP-
HART, SCHAFFER, MAXEY, DREW and LINN, JJ.

*Fred B. Gernerd,* with him *Wm. McK. Rutter* and *H. S. Craumer,* for appellant.

*E. H. Deysher,* for appellee.

PER CURIAM, March 20, 1933:

In this appeal from judgment for plaintiff in an action to recover damages for injuries resulting from the collision of plaintiff's and defendant's automobiles, the only questions raised relate to the facts involved in connection with the accident.  They were properly submitted to the jury in a charge to which no exception was taken. The verdict is amply sustained by the evidence.

The judgment is affirmed.